IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LISA MARKS                                                                                            PLAINTIFF

V.                           CASE NO. 3:16-CV-169-BD

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                                          DEFENDANT

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this day, it is considered, ordered and adjudged that the decision of the Commissioner is reversed and remanded for further proceedings. This a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 19th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE