# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

LISA MARKS                                                                                    PLAINTIFF

V.                           CASE NO. 3:16-CV-169-BD

NANCY A. BERRYHILL, Acting Commissioner,
Social Security Administration                                                           DEFENDANT

## ORDER

Pending is the Commissioner's motion to substitute counsel. (Docket entry #18) For good cause shown, the motion is GRANTED. Special Assistant United States Attorney Mark Kingsolver is relieved as counsel of record, and Special Assistant United States Attorney Jonathan R. Clark is substituted as counsel for the Commissioner in this case. The Clerk is directed to substitute Mr. Clark as counsel of record for the Commissioner.

Plaintiff Lisa Michelle Marks has moved for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (#15) She seeks fees and expenses in the amount of $3,140.47. The Commissioner does not object to the amount requested. (#19) The Commissioner states, however, that the fees should be payable to Ms. Marks, subject to offset for any debt she may owe to the Government.

Ms. Marks's motion (#15) is GRANTED, and she is awarded $3,140.47 in fees and expenses, subject to offset, if she has outstanding government debt.

DATED this 2nd day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE